No. 04–6992.  WILLIAMS v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 04–6997.  CHAMBERS v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN.  C. A. 6th Cir.  Certiorari denied.

No. 04–7005.  SHUFORD v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 04–7006.  ROBINSON v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 04–7008.  GRAMS v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 04–7010.  FEATHER v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 04–7011.  GRANBOIS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 04–7012.  HOWARD v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 04–7014.  CINTRON-CARABALLO v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 04–7019.  VEILLEUX v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 04–7025.  COGDELL v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 04–7029.  LEASURE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 04–7037.  TROBAUGH v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 04–7039.  BUGGS v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 04–7041.  ANDERSON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 04–7043.  DENIS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.